RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, New Jersey 07102
(973) 645-2736
LAB0321
(FLU:VC)

August 28, 2009

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. JOSE L. LINARES |
| PLAINTIFF, | : | CRIMINAL NO. 01-717 |
| v. | : | |
| MAURICE DATTOLI, | : | ORDER |
| DEFENDANT. | : | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 1st day of Sept, 2009

ORDERED that the Application and Order for Writ of Continuing Garnishment in this matter is hereby WITHDRAWN.

By: _____
HONORABLE JOSE L. LINARES
JUDGE, U.S. DISTRICT COURT